

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:  Eva Casas v. Castano Enterprises, LLC d/b/a Cube Investments

Appellate case number:  01-20-00326-CV

Trial court case number:  2018-70094

Trial court:  215th District Court of Harris County

On August 14, 2020, appellant, Eva Casas, timely filed her appellant's brief. On August 19, 2020, appellee, Castano Enterprises, LLC d/b/a Cube Investments, filed a motion to dismiss the appeal, asserting that appellant's brief fails to comply with the requirements of Texas Rule of Appellate Procedure 38.1 in that it fails to include: an identity of parties and counsel, a table of contents, an index of authorities, a statement of the case, issues presented for review, a statement of facts, clear references to the appellate record, a summary of the argument, or an appendix including the trial court's judgment being appealed and the contract at issue. *See* TEX. R. APP. P. 38.1(a)-(g), (k). For this reason, appellee argues that appellant's brief "should be stri[c]ken, and the appeal should be dismissed."

Appellant subsequently filed a "Motion for Leave to File Appellant's Amended Brief" on August 21, 2020. Along with the motion for leave, appellant also filed an amended appellant's brief in compliance with Rule 38.1. We may allow a party to amend or supplement their brief "on whatever reasonable terms the court may prescribe." *See* TEX. R. APP. P. 38.7.

Accordingly, we **grant** appellant's motion for leave to file her amended brief. The Clerk of this Court is directed to accept the filing of the amended appellant's brief as of August 21, 2020. Appellee's brief, if any, will be due no later than thirty days after the date of the filing of appellant's amended brief, August 21, 2020.

Further, we **deny** appellee's motion to dismiss.

It is so ORDERED.

Judge's signature: _____/s/ Terry Adams_____

            ☑ Acting individually    ☐ Acting for the Court

Date: __September 1, 2020___